**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MOHAMD SALIM ABDESSAMED,

Petitioner,

Case No. 1:26-cv-02522
Hon. Jane M. Beckering

v.

KEVIN RAYCRAFT[1] et al.,

Respondents.

---

**STIPULATED ORDER EXTENDING TIME FOR PETITIONER TO REPLY TO RESPONDENTS' RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner and Respondents, through their respective counsel, stipulate and agree that the deadline for the Petitioner to reply to Respondents' Response to the Petition for Writ of Habeas Corpus shall be extended from September 17, 2026 through and including September 23, 2026. This extension is requested to allow sufficient time for Petitioner to respond substantively to Respondents' brief, which includes fourteen exhibits, many of which were not previously available to Petitioner.

[1] Petitioner initially named Kevin Raycraft, as Acting Field Office Director of Enforcement and Removal Operations. Mr. Raycraft no longer occupies that position and the current Acting Field Office Director, Matthew Putra, should automatically be substituted as the Respondent under Fed. R. Civ. P. 25(d).

Based on the foregoing stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the deadline for Petitioner to reply to the Respondents' Response to Petition for Writ of Habeas Corpus shall be extended from September 17, 2026 through and including September 23, 2026.

**IT IS SO ORDERED.**

/s/ Jane M. Beckering
JANE M. BECKERING
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Liz Jacob*
Liz Jacob (P86981)
John Philo (P52721)
SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave.
Detroit, Michigan 48201
Office: (313) 324-8497
ljacob@sugarlaw.org
jphilo@sugarlaw.org

*/s/ Farah Hobballah*
Farah Hobballah (P79479)
HOBBALLAH LEGAL GROUP,
PLC
22190 Garrison St., Ste. 303
Dearborn, MI 48124
Tel: (313) 443-8999
Email: Legal@myfarahlawyer.com
**Attorneys for Petitioner**

TIMOTHY VERHEY United States
Attorney

*/s/ Alise Hildreth-Joling*
ALISE HILDRETH-JOLING (P84862)
Assistant United States Attorney Post
Office Box 208 Grand Rapids,
Michigan 49501 (616) 456-2404
Alise.Hildreth-Joling@usdoj.gov
**Attorneys for Federal Respondents**